UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JESSIE BROWN,     Plaintiff,

v.     Civil Action No. 3:22-cv-01-DJH-CHL

LOUISVILLE ASSEMBLY PLANT et al.,     Defendants.

\* \* \* \* \*

## ORDER

The parties having filed an agreed order of dismissal with prejudice of Plaintiff Jessie Brown's claims against all defendants (Docket No. 45), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice and is **STRICKEN** from the Court's active docket.

March 6, 2024

David J. Hale, Judge
United States District Court

1